SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
*Attorneys for Defendant Renown Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER PENNINGTON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>RENOWN HEALTH, a Nevada Nonprofit Corporation,<br><br>Defendant. | CASE NO.:   3:23-cv-00448-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jennifer Pennington ("Plaintiff" of "Pennington") and Defendant Renown Health ("Defendant" or "Renown"), by and through their respective counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter shall be dismissed with

///

///

///

///

///

///

///

///

///

///

*(left margin, vertical text)* SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

Page 1 of 2

**SIMONS HALL JOHNSTON PC**
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

prejudice, with each party to bear their own attorney's fees and costs.

DATED this 26th day of January 2024.          DATED this 26th day of January 2024.

BY: /s/ *Theresa M. Santos*                          BY: /s/ *Sandra Ketner*

    CORY A. SANTOS, SR., ESQ.              SANDRA KETNER, ESQ.
    THERESA M. SANTOS, ESQ.                SIMONS HALL JOHNSTON PC
    SANTOS LAW, PLLC.                      690 Sierra Rose Drive
    241 Ridge St. STE. 340                 Reno, Nevada 89511
    Reno, NV 89501                         SKetner@SHJNevada.com
    Cory@Santoslawoffices.com              *Attorney for Defendant Renown Health*
    Tsantos@Santoslawoffices.com
    *Attorney for Plaintiff Jennifer*
    *Pennington*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED:   January 26, 2024